**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.  14-11375-JDL |
| STEVEN ALLEN KOONCE, | ) | |
| | ) | |
| Debtors. | ) | Chapter 7 |

## **ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I, Wyatt D. Swinford, of Elias, Books, Brown & Nelson, P.C., enter my appearance as counsel in this case for Lyle R. Nelson, Chapter 7 Trustee.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court. I hereby request that service of notices and other documents be made upon me as an attorney of record via the Court's CM/ECF system at the email address: WSwinford@eliasbooks.com.

Respectfully Submitted,

s/ Wyatt D. Swinford
Wyatt D. Swinford, OBA No. 32520
ELIAS, BOOKS, BROWN & NELSON, P.C.
Two Leadership Square South
211 North Robinson Avenue, Suite 1300
Oklahoma City, Oklahoma  73102-7114
Telephone:    405.232.3722
Facsimile:    405.232.3746
WSwinford@eliasbooks.com
ATTORNEY FOR CHAPTER 7 TRUSTEE,
LYLE R. NELSON

1

## **CERTIFICATE OF MAILING**

      I hereby certify that on the 18th day of December, 2017, a true and correct copy of the Objection was electronically served upon the following using the Court's CM/ECF system:

U.S. Trustee
Attorney Marjorie J. Creasey
Attorney Douglas N. Gould
Attorney Gretchen Crawford
Attorney Jack S. Dawson
Attorney L. Matthew Dobson
Attorney Joel C. Hall
Attorney Clayton D. Ketter
Attorney Dewitt Benham Kirk, Jr.
Attorney Jason M. Kreth
Attorney John M. Voorhees
Attorney Sharon K. Voorhees
Attorney Richard S. Winblad
Attorney Elisabeth D. Brown
Attorney Gary D. Hammond
Attorney Patrick H. Lane

                                              s/ Wyatt D. Swinford
                                              WYATT D. SWINFORD