**Dated: December 18, 2017**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEVEN ALLEN KOONCE, | ) | Case No. 14-11375-JDL |
| | ) | Chapter 7 |
| Debtor. | ) | |

### ORDER DENYING RICHART'S MOTION FOR
### RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY

Richart's Motion for Relief from the Automatic Stay and Abandonment of Property [Doc. 122] is DENIED. The Trustee is ORDERED to file an Application to Pay Administrative Expenses within 30 days, the same being due January 17, 2018.

IT IS SO ORDERED.

*FINDINGS OF FACT ARE BASED UPON REPRESENTATIONS OF COUNSEL. [LOCAL RULE 9013-1.L.1.a]*

### ###

Approved as to form:


s/Wyatt D. Swinford
Wyatt D. Swinford, OBA No. 32520
Elisabeth D. Brown, OBA No. 30503
Two Leadership Square, St. 1300
211 N. Robinson
Oklahoma City, OK  73102
(405) 232-3722 Phone
(405) 232-3746 Facsimile
Email: wswinford@eliasbooks.com
       ebrown@eliasbooks.com
ATTORNEYS FOR TRUSTEE


/s/ Clayton D. Ketter
Clayton D. Ketter, OBA #30611
Corporate Tower, Thirteenth Floor
101 North Robinson Avenue
Oklahoma City, Oklahoma 73102 4
405.235.4100 – telephone
405.235.4133 – facsimile
cdketter@phillipsmurrah.com
ATTORNEY FOR RICHART DISTRIBUTORS, INC.